IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 12 B 11144** |
| **S & K PLUMBING CO., INC.,** | ) | Honorable Carol A. Doyle |
| | ) | Motion Date: December 12, 2012 |
| **Debtor.** | ) | Motion Time: 10:00 a.m. |

**NOTICE OF MOTION**

TO:     See Attached Service List

  PLEASE TAKE NOTICE THAT on December 12, 2012, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER AND TO SHORTEN TIME** shall be heard by the Honorable Carol A. Doyle of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 742 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

              GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

 I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of an Order of Discharge and Final Decree and to Shorten Time were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on December 6, 2012.

              /s/*Robert R. Benjamin*
               Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

{00145732.DOC /}

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Via CM/ECF | Board of Trustee of the Plumbers 93<br>c/o  William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF |
| Board of Trustee of the Plumbers 93<br>Retirement Account Fund<br>c/o William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF | Board of Trustee of the Plumbers 93<br>Pension Fund<br>c/o William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF |
| Board of Trustee of the Plumbers 93<br>Health & Welfare Fund<br>c/o William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF | Brd of TR of Jnt Aptshp Comm Fund<br>Plmbng & Htng Ind Lake & McHenry Co<br>c/o William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF |
| Hinsdale Bank and Trust<br>c/o Edmond M. Burke<br>Chuhak & Tecson, PC<br>30 South Drive, Suite 2600<br>Chicago, IL 60606<br>Via CM/ECF | The Industry Advancement Fund<br>c/o William P Callinan & Joseph E Mallon<br>Johnson & Krol<br>300 South Wacker Drive, Ste 1313<br>Chicago, IL 60606<br>Via CM/ECF |
| D. Patrick Mullarkey<br>Tax Division (DOJ)<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044<br> (*Contested Matters)<br>Via Regular Mail | James D. Newbold<br>Asst. Atty. General Revenue Litigation Bureau<br>Illinois Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, IL  60601<br>Via Regular Mail |
| Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999<br>Via Regular Mail | Allan Coleman Co.<br>5725 N Ravenswood Ave<br>Chicago, IL 60660-3913<br>Via Regular Mail |

| | |
|---|---|
| United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>Via Regular Mail | Board of Trustee of the Plumbers 93<br>Retirement Account Fund<br>31855 N US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St<br>Chicago, IL 60604<br>Via Regular Mail | Board of Trustee of the Plumbers 93<br>Pension Fund<br>31855 N US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Via Regular Mail | Board of Trustee of the Plumbers 93<br>Health and Welfare Fund<br>31855 N US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail |
| Bonifacio Rojas<br>118 Lotus Dr<br>Lakemoor, IL 60050<br>Via Regular Mail | Associate Area Counsel, SB/SE<br>200 West Adams Street, Suite 2300<br>Chicago, IL  60606<br>Via Regular Mail |
| Brd of TR of Jnt Aptshp Comm Fund<br>Plmbng & Htng Ind Lake & McHenry Co<br>31855 N US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail | Brian Hoffenberg<br>28464 N. Garland Rd.<br>Wauconda, IL 60084<br>Via Regular Mail |
| Board of Trustee of the Plumbers 93<br>31855 N US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail | Ultimate Plumbing Supply<br>305 N Eric<br>Palatine, IL 60067<br>Via Regular Mail |
| Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179-0093<br>Via Regular Mail | GE Capital<br>P.O. Box 536447<br>Atlanta, GA 30353-6447<br>Via Regular Mail |
| Plumber's Local 93<br>31855 N. US Hwy 12<br>Round Lake, IL 60073<br>Via Regular Mail | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>Via Regular Mail |

Michael Wagner & Sons, Inc.
2321 S Foster Avenue
Wheeling, IL 60090-6510
Via Regular Mail

Jerry Pinderski
Pinderski & Pinderski, Ltd.
115 Colfax Road
Palatine, IL 60067
Via Regular Mail

Jeffery and Susan Killian
28464 N. Garland Road
Wauconda, IL 60084
Via Regular Mail

Michael E. Bannister, Chairman & CEO
Ford Motor Credit Company
One American Road
Dearborn, MI 48126
Via Regular Mail

Morton Grove Supply Co., Inc
6418 W Main Street
PO Box 938
Morton Grove, IL 60053
Via Regular Mail

S&K Plumbing Co., Inc.
28464 N. Garland Road
Wauconda, IL 60084
Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  12 B 11144 |
| S & K PLUMBING CO., INC., | ) | Honorable Carol A. Doyle |
| | ) | Motion Date:  November 28, 2012 |
| Debtor. | ) | Motion Time:  10:00 a.m. |

**MOTION FOR ENTRY OF A FINAL DECREE ORDER**

Debtor, S & K PLUMBING CO., INC. ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1.   On March 20, 2012, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2.   On October 18, 2012, this Court entered an order confirming Amended Plan of Reorganization Dated August 31, 2012 which provides for a distribution of 14% *pro rata* to unsecured creditors.

3.   The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4.   There are no further matters for this Court to administrate.

5.   Pursuant to Bankruptcy Rule 2002, Debtor must provide 7 day notice of a hearing pursuant to Rule 9019 of the Bankruptcy Code. Debtors mailed 6 day notice to the creditors in order to expedite post-confirmation proceedings.

WHEREFORE, Debtor, S & K PLUMBING CO., INC, prays as follows:

    A.    That this Court reduce notice of Motion for Final Decree to the parties in interest from seven (7) days to six (6) days;

    B.    That this Court enter a final decree order; and

    C.    For such other and further relief as this Court deems just and proper.

                      S & K PLUMBING CO., INC.

                      /s/   *Robert R. Benjamin*
                            Robert R. Benjamin
                            One of its attorneys

Robert R. Benjamin (ARDC # 0170429)
Barbara L. Yong (ARDC# 06184000)
Beverly A. Berneman (ARDC #06189418)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300